1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PETILLO, Jr., | No. 2:16-cv-2978 DB P |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL BUREAU OF INVESTIGATIONS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on December 21, 2016, together with an application to proceed in forma pauperis. Plaintiff did not, however, file the application for leave to proceed in forma pauperis on the form used by this district. On December 27, 2016, plaintiff filed a copy of his prisoner trust fund account statement. Plaintiff has consented to the jurisdiction of a magistrate judge.

By order filed January 4, 2017, plaintiff was advised that he must file the application to proceed in forma pauperis on the form used by this district. (ECF No. 6.) With that order, plaintiff was provided a copy of this district's form. Plaintiff was given thirty days to file the form and was advised that, if he failed to do so, this case may be dismissed.

////

1

Again, by an order filed February 15, 2017, plaintiff was ordered to file an application to proceed in forma pauperis on the form used by this district.  Plaintiff was advised that it was his final opportunity to do so and that failing to file the application within thirty days would result in dismissal of this action.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required document.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b); E.D. Cal. R. 110.

Dated:  March 31, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/peti2978.fifp2